THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOMTAR AW LLC**                                                                                               **PLAINTIFF**

v.                              Case No. 4:21-cv-00409-KGB

**LANDMARK AMERICAN INSURANCE COMPANY,**              **DEFENDANTS**
**STEPHEN L LINDSAY,**
**and POWER SPECIALISTS ASSOC. INC.**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No 24). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal with prejudice, with each party bearing their own costs and attorneys' fees except as otherwise agreed between defendants Landmark American Insurance Company ("Landmark") and Power Specialists Associates, Inc. (Dkt. No. 24, ¶ 1). The Court denies as moot Landmark's motion for leave to amend its answer and affirmative defenses (Dkt. No. 18).

It is so ordered this 28th day of December, 2021.

_____
Kristine G. Baker
United States District Judge